**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DENU,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>        Defendant. | Case No. 1:15-cv-01927-SMS<br><br>ORDER DENYING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

       By motion filed December 28, 2015, Plaintiff Lisa Denu, by her attorney, Sharon E. Kelly, seeks to proceed *in forma pauperis*. Plaintiff submitted an application which is incomplete. On the application, Plaintiff was to provide information concerning her last employment, if she is not currently employed. Absent complete information regarding Plaintiff's financial situation, the Court cannot evaluate whether Plaintiff is sufficiently impoverished to justify proceeding without paying the filing fee for her lawsuit.

       Additionally, the Court notes that Plaintiff did not include the case number in the caption of her application. If Plaintiff elects to submit an amended application, as this order permits her to do, she must provide complete case information in the caption of the application.

       Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*. Plaintiff shall either submit an amended and complete application to proceed *in forma pauperis* or pay the filing fee to the Clerk of the Court within thirty (30) days of this order. If Plaintiff does not pay the

1 filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution
2 without further notice.

3
4 IT IS SO ORDERED.

5    Dated: __**December 30, 2015**__                           __/s/ **Sandra M. Snyder**__
                                                            UNITED STATES MAGISTRATE JUDGE