**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DENU,<br><br>   Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>   Defendant. | Case No. 1:15-cv-01927-SMS<br><br>AMENDED ORDER GRANTING AMENDED APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 5) |

In an order filed January 7, 2016 (Doc. 5.), the Court granted Plaintiff Lisa Denu's amended application to proceed *in forma pauperis*. Due to an administrative error within the order, the Court shall vacate the January 7, 2016 order and issue, in its place, this amended order:

On December 28, 2015, Plaintiff submitted an application to proceed *in forma pauperis*. The Court denied Plaintiff's application. Doc. 3. Because the application was incomplete, the Court could not evaluate whether Plaintiff was sufficiently impoverished to justify proceeding without paying the filing fee for his lawsuit. Plaintiff was ordered to pay the filing fee or re-file a completed application. Thereafter, Plaintiff submitted an amended application which sets forth the showing required by 28 U.S.C. § 1915(a). Doc. 4.

Accordingly, the Court GRANTS Plaintiff's amended application to proceed *in forma pauperis*. The Clerk of Court is directed to issue the summons and new case documents. The

United States Marshal is directed to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

The order filed on January 7, 2016 (Doc. 5) is HEREBY VACATED and this order shall replace the January 7, 2016 order.

IT IS SO ORDERED.

Dated: __**January 8, 2016**__        _____**/s/ Sandra M. Snyder**_____
                                                                    UNITED STATES MAGISTRATE JUDGE