PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LISA DENU, | CASE NO. 1:15-cv-01927-SMS |
|     Plaintiff, | STIPULATION AND ORDER |
| vs. | FOR A SIXTY-DAY EXTENSION FOR |
| | DEFENDANT TO LODGE THE |
| CAROLYN W. COLVIN, | CERTIFIED ADMINISTRATIVE RECORD |
| Acting Commissioner of Social Security, | |
|     Defendant. | |

      The parties stipulate that, subject to the approval of the Court, that Defendant shall be granted a sixty-day extension from the current June 13, 2016 deadline to lodge the certified administrative record. This extension is necessary because Defendant's Office of Disability Adjudication and Review has not been able to complete the preparation and certification of the record, but will have the

Stip. & Prop. Order for Extension              1

record prepared in time to file within sixty days.  Therefore, the parties jointly request an extension up to and including August 12, 2016.

     Respectfully submitted June 9, 2016

DATED: June 9, 2016                    *s/ Sharon E. Kelly*
                                              Sharon E. Kelly
                                              (as authorized by email)

                                              Attorney for Plaintiff

                                              PHILLIP A. TALBERT
                                              Acting United States Attorney

DATE: June 9, 2016                 By    *s/ Daniel P. Talbert*
                                              DANIEL P. TALBERT
                                              Special Assistant United States Attorney

                                              Attorneys for Defendant

                                              <u>ORDER</u>

IT IS SO ORDERED.

    Dated:   **June 9, 2016**                      **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28