PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| LISA DENU, | CASE NO. 1:15-cv-01927-SMS |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | TO REMAND PURSUANT TO SENTENCE |
| | FOUR OF 42 U.S.C. § 405(g) |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

    The parties stipulate that, subject to the approval of the Court, this action shall be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Deficiencies in the certified administrative record and the administrative law judge (ALJ)'s decision require remand. Upon remand from the Court, the Appeals Council will remand the case to an ALJ to issue a new decision.

Stip. & Prop. Order for Remand    1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted August 2, 2016

DATED: August 2, 2016          *s/ Sharon E. Kelly*
                               Sharon E. Kelly
                               (as authorized by email)

                               Attorney for Plaintiff

                               PHILLIP A. TALBERT
                               Acting United States Attorney

DATE: August 2, 2016     By    *s/ Daniel P. Talbert*
                                DANIEL P. TALBERT
                               Special Assistant United States Attorney

                               Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated:   **August 2, 2016**              **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28